IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00612-GCM

| | |
|---|---|
| SHARON VICTORIA WILSON-DYE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TRUSTEE SERVICES OF CAROLINA, LLC, | ) |
| BROCK AND SCOTT, PLLC | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint. The *pro se* Plaintiff filed a complaint against the Defendants on August 10, 2016. The Defendants filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rules 9, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on August 31, 2016. On September 1, 2016 the Court sent a *Roseboro* Order to the Plaintiff, setting a response deadline of September 19, 2016. The Plaintiff failed to respond.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Dismiss is hereby **GRANTED** and the Plaintiff's complaint is dismissed with prejudice.

**SO ORDERED.**

Signed: September 22, 2016

Graham C. Mullen
United States District Judge