# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sharon Victoria Wilson-Dye, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00612-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brock and Scott, PLLC | ) | |
| Trustee Services of Carolina, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2016 Order.

September 22, 2016

_____
Frank G. Johns, Clerk
United States District Court